IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW JERSEY

SANDY ROTH

v.

HUNTERDON HEALTHCARE, et. al         CIVIL ACTION
No.

## AFFIDAVIT OF MERIT

WILLIAM CARROLL, M.D., upon oath, deposes and says:

1. I have been practicing in the field of family practice for 17 years, am board certified in family practice since 1993. I have no financial interest in the outcome of the within case which I have reviewed.

2. Based upon the records which I have reviewed, there exists a reasonable probability that the care, skill, or knowledge exercised or exhibited in the treatment, or in the oversight and supervision of the treatment, of Sandy Roth at the Phillips Barber Family Health Center, by Dr. Terry Shlimbaum, Dr. Kevin Mooney, and PA Michael F. Felcone and/or other physicians and medical staff fell outside acceptable professional standards or treatment practices.

3. To the extent the law imposes liability for the acts of individuals described in this affidavit upon any of the four entities named in the complaint as employers or otherwise, then these entities, too, breached the standards of care in this matter.

11-20-09
Date

WILLIAM CARROLL, M.D.

STATE OF PENNSYLVANIA        :
                             :  ss
COUNTY OF PHILADELPHIA       :

I CERTIFY that on *November 20,* 2009, WILLIAM CARROLL, M.D., personally came before me and acknowledged under oath, to my satisfaction, that he:

(a)   is named in and personally signed this document; and

(b)   signed, sealed and delivered this document as his act and deed.

_November 20, 2009_ _____
Date                          NOTARY PUBLIC

> Commonwealth of Penna
> NOTARIAL SEAL
> MICHELLE M. McFADDEN, Notary Public
> Newtown Twp., Delaware County
> My Commission Expires May 27, 2011