IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW JERSEY

SANDY ROTH

v.

HUNTERDON HEALTHCARE, et. al

CIVIL ACTION
No.

## AFFIDAVIT OF MERIT

BARRY SINGER, M.D., upon oath, deposes and says:

1. I have been practicing in the fields of internal medicine, hematology and oncology for 42 years, am board certified in internal medicine, hematology, and oncology, and I have no financial interest in the outcome of the within case which I have reviewed.

2. Based upon the records which I have reviewed, there exists a reasonable probability that the care, skill, or knowledge exercised or exhibited in the treatment, or in the oversight and supervision of the treatment, of Sandy Roth at the Phillips Barber Family Health Center, by Dr. Terry Shlimbaum, Dr. Kevin Mooney, PA Michael F. Felcone and/or other physicians and medical staff fell outside acceptable professional standards or treatment practices.

_10/16/09_
Date

_Barry Singer, M.D._
BARRY SINGER, M.D.

STATE OF PENNSYLVANIA          :
                               :   ss
COUNTY OF PHILADELPHIA         :

I CERTIFY that on _October 16th_, 2009, BARRY SINGER, M.D., personally came before me and acknowledged under oath, to my satisfaction, that he:

(a)   is named in and personally signed this document; and

(b)   signed, sealed and delivered this document as his act and deed.

_10/16/09_
Date

_[signature]_
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tina M. Allen, Notary Public
Norristown Boro, Montgomery County
My Commission Expires Aug. 23, 2012
Member, Pennsylvania Association of Notaries