IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

SANDY ROTH  Civil Action No. 3:09-CV-06086-MLC-DEA
Plaintiff,

v.

HUNTERDON HEALTHCARE, LLC et.al.
Defendants.

## CERTIFICATE OF SERVICE OF AFFIDAVITS OF MERIT AND CERTIFICATION OF RELIEF IN EXCESS OF $150,000

On February 26, 2010, I served by first class mail, postage pre-paid, upon the following counsel for defendants identified below, three affidavits of merit of record in this action and the certification of relief sought being in excess of $150,000 which is also filed on record:

Ray Fleming, Esquire
Sachs, Maitlan, Fleming & Greene
80 Main Street, Suite 310
West Orange, NJ 07052
(Counsel for Hunterdon Healthcare System, Inc.  Hunterdon Medical Center, Phillips Barber Family Health, Dr. Shlimbaum, Dr. Mooney and Mr. Felcone)

Jay A. Gebauer, Esquire
Post & Schell
Overlook Center, 2nd Floor
100 Overlook Drive
Princeton, NJ 08540
(Counsel for Hunterdon Healthcare, LLC)

These same documents were served with a waiver of service of summons form and the complaint upon each of the seven defendants herein and which waivers of service were signed on the dates stated below by the defendants who endorsed the addresses stated below:

Terry Shlimbaum, M.D.
72 Alexander Ave.
Lambertville, NJ 08530
(December 8, 2009)

Kevin K. Mooney, M.D.
510 Sturbridge Court

Flemington, NJ 08822-2021
(December 9, 2009)

Michael F. Felcone, PA-C
54 Wilburtha Rd.
Ewing, NJ 08628
(December 25, 2009)

Huntingdon Healthcare System, Inc
By Robert Wise
2100 Wescott Drive
Flemington NJ, 08822
(December 29, 2009)

Hunterdon Healthcare, LLC
By Robert Wise
2100 Wescott Drive
Flemington NJ, 08822
(December 29, 2009)

Huntingdon Medical Center
By Robert Wise
2100 Wescott Drive
Flemington NJ, 08822
(December 29, 2009)

Phillips-Barber Family Health Center
By Robert Pickoff, M.D.
2100 Wescott Drive
Flemington NJ, 08822
(January 7, 2010)

Dated: 3/10/2010

Judy Greenwood, Esquire
Attorney for Plaintiff
Law Offices of Judy Greenwood, P.C.
1800 JFK Boulevard, Suite 1500
Philadelphia, Pa. 19103
215-557-7500
215-557-7503 (fax)
jglawoffice1@aol.com